UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| REV. JASON R. CRAIG, DD, | ) |
| | ) |
| Plaintiff | ) |
| | ) CAUSE NO.  3:04-CV-086 RM |
| v. | ) |
| | ) |
| PORTER COUNTY JAIL, *et al.* | ) |
| | ) |
| Defendant | ) |

<u>OPINION AND ORDER</u>

Rev. Jason R. Craig, DD, a *pro se* prisoner, filed a motion asking to reset the trial date because, for medical reasons, he is having difficulty preparing for trial. Though he asks for only 90 days, because it is unclear when he will be ready to proceed with trial, the court will move this case to the inactive docket and close it only for statistical purposes. When he is ready, Mr. Craig may file with the clerk, and serve on defense counsel, a statement that he is ready to proceed to trial along with a motion asking to reopen this case.

For the foregoing reasons, the court:

(1) **GRANTS** the motion to continue (docket # 46);

(2) **VACATES** the scheduling order setting trail dates and deadlines (docket # 27) entered January 21, 2005;

(3) **VACATES** the final pre-trial conference scheduled for May 20, 2005 and the trial scheduled for June 14, 2005; and

(4) **STATISTICALLY CLOSES** this case until Rev. Jason R. Craig, DD, files and serves a notice of his readiness to proceed to trial along with a motion to reopen this case or any other party moves to reopen for good cause shown.

SO ORDERED.

ENTERED: May   12  , 2005

                                                 /s/ Robert L. Miller, Jr.
                                              Chief Judge
                                              United States District Court