UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| REV. JASON R. CRAIG, DD, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO.  3:04-CV-086 RM |
| v. ) | |
| ) | |
| PORTER COUNTY JAIL, *et al.* ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

Rev. Jason R. Craig, DD, a *pro se* prisoner, filed a motion seeking to be appointed counsel. In conjunction with that motion he filed an *in forma pauperis* petition. This case is statistically closed. When the court closed this case, at Mr. Craig's request, he was informed that, "[w]hen he is ready, Mr. Craig may file with the clerk, and serve on defense counsel, a statement that he is ready to proceed to trial along with a motion asking to reopen this case." Order of May 12, 2005, Docket # 47 at 1. These motions not only do not indicate that he is ready to proceed to trial, but they continue to recite that he is unable to proceed with this case because of his psychiatric problems. Until Mr. Craig becomes mentally able to prosecute this case and moves to reopen it, he should refrain from submitting any filings under this cause number. For the foregoing reasons, the motions (docket ## 49 and 50) are **DENIED**.

SO ORDERED.

ENTERED: May  31 , 2005

                    /s/ Robert L. Miller, Jr.
                    Chief Judge
                    United States District Court